IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SHARON E. HOLLEY
  Plaintiff,
  v.

UNITED METHODIST HOMES, INC.
a/k/a UNITED METHODIST HOMES
FOR THE AGING

  Defendant,

3:16-CV-2520
(JUDGE MARIANI)

## ORDER

AND NOW, THIS 4TH DAY OF JUNE, 2018, upon review of Magistrate Judge Carlson's Report and Recommendation ("R&R") (Doc. 18) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 18) is **ADOPTED** for the reasons set forth therein.

2. The Motion for Summary Judgment by Defendant United Methodist Homes, Inc. a/k/a United Methodist Homes for the Aging (Doc. 13) is **GRANTED**. Judgment is entered **IN FAVOR OF** Defendant and **AGAINST** Plaintiff Sharon E. Holley.

3. The Clerk of Court is directed to **CLOSE** the action.

Robert D. Mariani
United States District Judge